IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DIENNA M. LASH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-01466-MAB |
| | ) |
| **HARESH MOTWANI, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated December 4, 2020, Defendant Robert A. Panico's motion for summary judgment was **GRANTED** and Plaintiff Dienna M. Lash's claims against Defendant Panico were **DISMISSED with prejudice** (Doc. 106).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated March 31, 2021, Defendant Sparta Community Hospital's motion for summary judgment was **GRANTED** and Plaintiff Dienna M. Lash's claims against Defendant Sparta Community Hospital were **DISMISSED with prejudice** (Doc. 115).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the 60-day Order entered on July 20, 2021 (Doc. 135) and Plaintiff's motion to dismiss, which was granted on August 30, 2021 (Docs. 136, 138), all claims have been settled or otherwise

resolved. Accordingly, Defendant Haresh Motwani is **DISMISSED with prejudice** from this action, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: August 30, 2021

                                    **MARGARET M. ROBERTIE,**
                                    **Clerk of Court**

                                    BY:  /s/ *Jennifer Jones*
                                         **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**